Petur O. JOHNSON, Appellant, v. FRANK SHERIDAN JONAS & SON and Frank Sheridan Jonas, Inc., a New York Corporation, as Successor In Interest to Frank Sheridan Jonas & Son, Appellees.

No. 225, Docket 20534.

Circuit Court of Appeals, Second Circuit.

April 28, 1947.

Joseph Leary Delaney, Edward S. Menapace, and Wagner, Quillinan, Wagner & Tennant, all of New York City, for appellees.

Before AUGUSTUS N. HAND, CHASE, and FRANK, Circuit Judges.

PER CURIAM.

Affirmed on opinion of Leibell, J., 71 F. Supp. 668.

James N. NOWERY v. Howell B. SMITH and Algot W. Johnson, Individually and Trading as Smith & Johnson, Appellants.

No. 9333.

Circuit Court of Appeals, Third Circuit.

Argued May 19, 1947.

Decided May 21, 1947.

Thomas F. Mount, of Philadelphia, Pa., for appellants.

Abraham E. Freedman, of Philadelphia, Pa., for appellee.

Before MARIS, GOODRICH, and KALODNER, Circuit Judges.

PER CURIAM.

The question presented is whether the plaintiff, a seaman, was entitled to maintenance and cure by reason of an injury suffered without fault on his part in a fight in a barroom while on shore leave in a foreign port. For the reasons well stated in the opinion of Judge Bard in the district court, 69 F.Supp. 755, denying the defendant's motion for judgment n. o. v. and for a new trial we think that the award of maintenance and cure was proper.

The judgment of the district court will be affirmed.

George D. WICK, Petitioner, v. COMMISSIONER OF INTERNAL REVENUE, Respondent.

No. 9395.

Circuit Court of Appeals, Third Circuit.

Argued May 20, 1947.

Decided May 21, 1947.

G. Walter Smith, of Pittsburgh, Pa. (Wick, Smith & Hodel, of Pittsburgh, Pa., on the brief), for petitioner.

Helen Goodner, Tax Division Dept. of Justice, of Washington, D. C. (Sewall Key, Acting Asst. Atty. Gen., and Helen R. Carloss, Sp. Asst. to Atty. Gen., on the brief), for respondent.

Before MARIS, GOODRICH, and KALODNER, Circuit Judges.

PER CURIAM.

For the reasons well stated in the opinion of Judge Harron, 7 T.C. 723, the decision of the Tax Court will be affirmed.